IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOMARIE SODEN,<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC DIOCESE OF KANSAS CITY-<br>ST. JOSEPH, a benevolent corporation,<br><br>    Defendant. | Case No. 4:12-cv-1282-GAF |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, through her attorneys of record, does hereby voluntary dismiss this action without prejudice, each party to bear its own costs and attorneys' fees. Plaintiff filed her complaint on October 19, 2012. (Doc. 1.) Defendant was served on October 24, 2012. (Doc. 3.) Defendant has not served an answer or a motion for summary judgment. Accordingly, Plaintiff exercises her right under Rule 41(a)(1)(A)(i) to dismiss her claim without prejudice.

Respectfully submitted,

HOLMAN SCHIAVONE, LLC

By: /s/ *Matt J. O'Laughlin*_____
   Matt J. O'Laughlin, Mo. 54025
   Amy P. Maloney, Mo. 48936
   4600 Madison Avenue, Suite 810
   Kansas City, Missouri 64112
   Phone: 816.283.8738
   Fax: 816.283.8739

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent via electronic transmission on the 3rd day of December, 2012 to:

R. Cameron Garrison
Luke M. Meriweather
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City, Missouri 64108
cgarrison@lathropgage.com
lmeriwether@lathropgage.com

Attorneys for Defendant

/s/ *Matt J. O'Laughlin*